UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:16-MJ-01044-JG

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | **ORDER** |
| V. | ) | |
| | ) | |
| WALDA LORENA LUNA | ) | |
| PERFECTO RUANO | ) | |

Upon motion of the United States and for good cause shown, the previously filed Criminal Complaint and Affidavit (D.E. 1), in support of the arrest warrants in the above-captioned matter, are sealed and replaced with another Affidavit which has been redacted to protect personal identification information. The original Criminal Complaint and Affidavit shall remain sealed to protect that information.

SO ORDERED this _____ day of _____, 2016.

_____
JAMES E. GATES
United States Magistrate Judge